FILED

02/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0396

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| BILLIE LEE HENDERSON,<br>　　　　　　　Appellant / Defendant,<br>　-vs-<br><br>STATE OF MONTANA,<br>　　　　　　　Appellee / Plaintiff. | CASE NO. DA 19-0396<br><br><br>**ORDER – GRANTING EXTENSION** |

Upon Appellant / Defendant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That Appellant / Defendant is granted an extension of time for the filing of Appellant's opening brief, from the current deadline of February 21, to the date of July 15, 2021.

DATED this _____ day of February, 2021.

_____

CC:　Stevenson Law Office
　　　Montana Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2021